THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINICIO DEOLEO, Appellant. [936 NYS2d 914]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Dillon and Florio, JJ., concur.